■ MICHAEL J. REW, Appellant, v THOMAS A. BEILEIN, Niagara County Sheriff, et al., Respondents. (Appeal No. 1.) [53 NYS3d 845]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered January 12, 2016. The order denied the posttrial motion of plaintiff to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435, 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Smith, DeJoseph, Troutman and Scudder, JJ.